[No. 50564-5-I.   Division One.   March 10, 2003.]

MATTHEW ANGLIN, *Appellant*, v. 21ST CENTURY INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-03077-9, Donald D. Haley, J., entered May 8, 2002. *Affirmed* by unpublished opinion per Agid, J., concurred in by Cox, A.C.J., and Appelwick, J.


[No. 20732-3-III.   Division Three.   March 11, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ELMER LAWRENCE O'CONNELL II, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00986-0, James M. Murphy, J., entered December 10, 2001. *Reversed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.


[No. 20975-0-III.   Division Three.   March 11, 2003.]

BERT THOMPSON, *Respondent*, v. GILBERT A. LEVANDER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 99-2-01256-5, John M. Antosz, J., entered February 22, 2002. *Reversed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.


[No. 20997-1-III.   Division Three.   March 11, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD ARTHUR WATLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-1-00968-6, Michael W. Leavitt, J., entered March 25, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kato, JJ.